## CHARLES L. SIBLEY *vs.* BESSE-FOX COMPANY.

Penobscot County.   Decided June 29, 1910.   The plaintiff, an employee of the defendant corporation, having been injured while attempting to enter an elevator in the charge of a fellow servant, brought an action of tort on the ground of the defendant's negligence in employing and retaining an incompetent servant.   Verdict for plaintiff for $925.   Defendant filed a general motion for a new trial.   Sustained.   *Thompson & Blanchard*, for plaintiff.   *P. H. Gillin, and Edgar M. Simpson*, for defendant.

---

## ALBERT FRANCIS *vs.* A. E. McDONOUGH, Admr.

Androscoggin County.   Decided July 12, 1910.   Assumpsit for personal services on the farm of defendant's intestate.   Verdict for defendant and plaintiff moved for a new trial.   Motion overruled.   *Tascus Atwood*, for plaintiff.   *McGillicuddy & Morey*, for defendant.

---

## EDWIN PIERCE,
### Appellant from Decree of Judge of Probate in re Twentieth Account of Trustee in re Will of John W. Lane.

Cumberland County.   Decided July 21, 1910.   Appeal from decree of Judge of Probate, Cumberland County, allowing the 20th account of Edward M. Rand as trustee under the will of John W. Lane, and reported to the Law Court.   For services and commissions the Probate Court allowed the trustee $1,536.77.   Appeal sustained and case remanded for modification of account so that the amount allowed to trustee for services and commissions should be $1059.30.   *Payson & Virgin*, for appellant.   *Eben Winthrop Freeman*, for appellee.